# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:08-CV-1647-ORL-18-KRS

Plaintiff:
**ANDREW J. YOERGER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**ACE MORTGAGE FUNDING, LLC, A FOREIGN COMPANY**

For:
E. Nannette Piccolo
MORGAN & MORGAN, P.A.

,

Received by ATTORNEYS LEGAL SERVICES, INC. on the 23rd day of September, 2008 at 7:04 pm to be served on ACE MORTGAGE FUNDING, LLC, 1201 HAYS ST., TALLAHASSEE, FL 32301.

I, Herman Mathers, being duly sworn, depose and say that on the 30th day of September, 2008 at 2:34 pm, I:

Served the within named CORPORATION by delivering a true copy of the **SUMMONS and COMPLAINT, NOTICE OF FILING OF NOTICE OF CONSENT TO JOIN and CONSENT TO JOIN** with the date and hour of service endorsed thereon by me to CORPORATION SERVICE COMPANY as REGISTERED AGENT, by serving GWEN BUTLER as an employee authorized to accept service for registered agent.

I certify that I have no interest in the above action, that I am over the age of eighteen and have proper authority in the jurisdiction in which this service was made. I declare, under penalties of perjury pursuant to F.S. 92.525(2), that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief.

**Herman Mathers**
SPECIAL PROCESS SERVER #2

**ATTORNEYS LEGAL SERVICES, INC.**
**112 E. Concord St.**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2008001115
Ref: 13535

Subscribed and Sworn to before me on the 2nd day of October, 2008 by the affiant who is personally known to me.

Stacy L. Small
NOTARY PUBLIC

STACY L. SMALL
MY COMMISSION # DD 368908
EXPIRES: November 8, 2008
Bonded Thru Notary Public Underwriters

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s