**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW J. YOERGER,**
**Plaintiff,**

**v.** **Case No. 6:08-cv-1647-Orl-31KRS**

**ACE MORTGAGE FUNDING, LLC**
**Defendant.**

---

**ORDER**

A review of this case finds that the complaint in this action was filed **September 24, 2008**, and it appears service was executed on the defendants on or about **September 30, 2008** (Doc. No. 30). Defendant has failed respond to the complaint. Plaintiff has not applied for entry of default, pursuant to Federal Rule of Civil Procedure 55(a) within the sixty days provided in Local Rule 1.07(b), M.D. Fla., or as further extended by the Court. Therefore it is

**ORDERED** that plaintiff show cause within **eleven** days from the date of this Order why the complaint against the defendant should not be dismissed for failure to prosecute pursuant to Local Rule 3.10(a), M.D. Fla. Failure to respond to this order may result in dismissal of the defendants without prejudice.

It is **SO ORDERED** at Orlando, Florida, this 9th day of January, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party