**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW J. YOERGER, on behalf of himself and others similarly situated,**

**Plaintiff,** **CASE NO.: 6:08-CV-01647-GAP-KRS**

**vs.**

**ACE MORTGAGE FUNDING, LLC, a Foreign Company,**

**Defendant.**
_______________________________/

**PLAINTIFF'S RESPONSE TO THIS COURT'S JANUARY 9, 2009 ORDER TO SHOW CAUSE**

Plaintiff, Andrew Yoerger, by and through undersigned counsel, and pursuant to this Court's January 9, 2009 Order to Show Cause, hereby files his Response as follows:

1. On or about September 24, 2008 Plaintiff filed a Complaint against Defendants, Ace Mortgage Funding, LLC, for unpaid compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA")[1].

2. Thereafter, on or about December 2008 Plaintiff became aware that Defendant filed petitions for relief under Chapter 7 of the United States Code in the Unites States Bankruptcy Court for the District of Delaware, In re Ace Mortgage Funding, LLC., Bankr. D. Del., Case No. 1:08-bk-12645.

---

[1] Dkt. No. 1

3. Plaintiff was under the impression that Defendant was filing a Notice of Bankruptcy with this Court and was waiting to file his Notice of Voluntary Dismissal without Prejudice until after said notice was filed.

4. Since Defendant has not filed a Notice of Bankruptcy and in light of this Court's January 9, 2009 Order to Show Cause, Plaintiff requests that this Court accept his Notice of Voluntary Dismissal without Prejudice attached hereto.

Dated this 12th day of January, 2009.

**/s/ E. Nannette Piccolo**
Nannette Piccolo, Esq.
FBN 0530311
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 425-8171
Email: NPiccolo@forthepeople.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing PLAINTIFF'S RESPONSE TO THIS COURT'S JANUARY 9, 2009 ORDER TO SHOW CAUSE of Plaintiff, Andrew Yoerger, has been served, using the CM/ECF system which I understand will send a notice of electronic filing., on this 12th day of January, 2009.

**/s/ E. Nannette Piccolo**
Nannette Piccolo, Esq.
FBN 0530311
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 425-8171
Email: NPiccolo@forthepeople.com
Attorneys for Plaintiff