**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW J. YOERGER, on behalf of himself and others similarly situated,**

**Plaintiff,** **CASE NO.: 6:08-CV-01647-GAP-KRS**

**vs.**

**ACE MORTGAGE FUNDING, LLC, a Foreign Company,**

**Defendant.**
_____________________________/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDREW J. YOERGER, pursuant to Rule 41 of the Federal Rules of Civil Procedure files his Voluntary Notice of Dismissal without Prejudice.

DATED this 12th day of January 2009..

Respectfully submitted,

**/s/ E. Nannette Piccolo**
E. Nannette Piccolo, Esq.
Florida Bar No. 0530311
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 16th Floor
P.O. Box 4979
Orlando, Florida 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 423-7928
E-mail:npiccolo@forthepeople.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWL WITHOUT PREJUDICE, has been served, using the CM/ECF system which I understand will send a notice of electronic filing, on this 12th day of January, 2009.

**/s/ E. Nannette Piccolo**
E. Nannette Piccolo, Esq.