# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ANDREW J. YOERGER,**
**Plaintiff,**

**-vs-** **Case No. 6:08-cv-1647-Orl-31KRS**

**ACE MORTGAGE FUNDING, LLC**
**Defendant.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal without Prejudice (Doc. No. 10-2), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 21, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party